IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 11-129-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JAMES SUMMERS BENNETT, | |
| Defendant. | |

For the reasons stated on the record, JAMES SUMMERS BENNETT is hereby released from the custody of the U.S. Marshals Service.

DATED this 1st day of May, 2019.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1