# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JAMES SUMMERS BENNETT, Defendant. | CR 11-129-BLG-SPW <br><br> ORDER TO DISMISS PETITION ALLEGING VIOLATION OF SUPERVISED RELEASE CONDITIONS |
|---|---|

Pending before the Court is the motion of the United States to dismiss the petition alleging a violation of supervised release conditions (Doc. 60). For good cause shown,

**IT IS HEREBY ORDERED** that the motion (Doc. 60) is **GRANTED** and the petition alleging a violation of supervised release conditions (Doc. 49), is **DISMISSED**.

**IT IS FURTHER ORDERED** that the revocation hearing set for October 23, 2019 at 10:30 a.m. is **VACATED**.

1

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 21st day of October, 2019.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge